```
TIMOTHY S. CORY, ESQ.                          RECEIVED & FILED
FEDERAL BANKRUPTCY TRUSTEE
Nevada Bar No. 1972                            JAN 18  11 48 AM '11
8831 W. Sahara Ave
Las Vegas, Nevada  89117
Telephone: (702) 388-1996                      U.S. BANKRUPTCY COURT
tim.cory@corylaw.us                            MARY A. SCHOTT, CLERK
```

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S-04-16900-LBR |
| | Chapter 7 |
| INOMATI DIGITAL VISION, LLC, | |
| | ***Substantively Consolidated*** |
| Debtor | |
| In re: | BK-S-04-16901-LBR |
| VUEFONE, LLC | |
| Debtor | |
| In re: | BK-S-04-16902-LBR |
| | Chapter 7 |
| DIGITAL COMMUNICATIONS, LLC, | |
| Debtor | |
| In re: | BK-S-04-16903-LBR |
| | Chapter 7 |
| SCIENCE AND TECHNOLOGY RESEARCH & DEVELOPMENT, LLC | |
| Debtor | |
| In re: | BK-S-04-16904-LBR |
| | Chapter 7 |
| MULTIMEDIA GAMES, LLC, | |
| Debtor | |
| In re: | BK-S-04-16950-LBR |
| | Chapter 7 |
| SPECTRUM TECHNICAL GROUP, LLC, | |
| Debtor | |

**NOTICE OF UNCLAIMED FUNDS**

199671                    1640.67

**TO:** **CLERK, UNITED STATES BANKRUPTCY COURT**

**FROM:** **TIMOTHY S. CORY, TRUSTEE**

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the unclaimed funds shown on the attached Exhibit A, in the total amount of $1640.37 are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

DATE: January 14, 2011

TIMOTHY S. CORY, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 1 | Brian McCarthy<br>29399 N. 74th Street<br>Scottsdale, AZ 85262 |  | $1,622.37 |
| 12 | QED<br>3560 S. Valley View Blvd.<br>Las Vegas, NV 89103 | $18.30 |  |

**Total: $1,640.67**

**EXHIBIT A**